**Charles and Sharon DEVOE,**
**Appellants,**

v.

**NAVIDEC MORTGAGE HOLDINGS,**
**INC. a/k/a Northsight, Inc.,**
**Respondent,**

**Lydia Carson, Respondent.**

**No. WD 72650.**

Missouri Court of Appeals,
Western District.

April 19, 2011.

---

Richard L. Martin, Kansas City, MO, for appellants.

Robert J.E. Edwards and Amy E. Hatch, Kansas City, MO, for respondent Navidec Mortgage Holdings, Inc., a/k/a Northsight, Inc.

Thomas R. Raithel, Kansas City, MO, for respondent Lydia Carson.

Before Division One: GARY D. WITT, Presiding Judge, JAMES E. WELSH, Judge and ALOK AHUJA, Judge.

### ORDER

PER CURIAM:

Charles and Sharon DeVoe appeal the Judgment of the Circuit Court of Jackson County, after a bench trial, concerning their rights with respect to a piece of property and the priority of the liens thereon. We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.